**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Rosevelt Lee Gill v. The State of Texas

Appellate case number:   01-14-00509-CR

Trial court case number: 1382563

Trial court:                    351st District Court of Harris County

     On September 5, 2014, appellant filed a request for extension of time to file appellant's brief. The request is **GRANTED**. Appellant's brief is due 30 days from the date of this order.


Judge's signature: ____/x/ <u>Harvey Brown</u>
                X  Acting individually    ☐ Acting for the Court


Date:  September 11, 2014